

# ILLINOIS STATE POLICE
## FIELD REPORT

| | |
|---|---|
| Field Report Number: | F03-22-01243 |
| TraCS Report Number: | 22-41824800049 |
| CAD Number: | 032200026219 |

| Type of Report(s): | Assist Other Agency, Criminal, Encounters, Fleeing/Pursuit | Supplemental: ☐ |
|---|---|---|

| ORI Number | Work Unit | How Notified |
|---|---|---|
| IL0161Z00 | C - District Chicago | On View |

| Incident Date | Incident Time | Initial Notification Date | Initial Notification Time | Gun Trafficking |
|---|---|---|---|---|
| 04/25/2022 | 2:12 AM | 04/25/2022 | 2:12 AM | ☐ |

| Location Description | GPS Latitude | GPS Longitude |
|---|---|---|
| 87TH STREET OVER I-94 | 41.7362561718271 | -87.6249909062449 |

| County in which Incident Occurred | Township | City | Location Type |
|---|---|---|---|
| COOK | | CHICAGO | HIGHWAY/ROAD/ALLEY |

| Associated Reports: | Agency Name | Reference Type | Reference Number |
|---|---|---|---|
| 1.) | | | |
| 2.) | | | |
| 3.) | | | |
| 4.) | | | |

**Brief Description of Report**

Document a Pursuit for Aggravated Vehicular Hijacking.

Document a Use of Force Encounter (CEW).

Document the arrest of Naronn L Cain and Alen Clay Post Pursuit.

| Use of Force? | What Type(s) of Force were Used? |
|---|---|
| ☒ Yes ☐ No | Conducted Electronic Weapon (CEW), Soft Unarmed Control |

| ALPR Used | ALPR Location |
|---|---|
| ☒ Yes | DAN RYAN SYSTEM |

## PERSON 1

| Type of Person | Caution |
|---|---|
| DEFENDANT | Yes |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| CAIN | NARONN | L | |

| Alias(es) | Business/Organization |
|---|---|
| | |

| DOB Known? | Date of Birth | Age or Lower Age Range | Upper Age Range | Gender | Race | Ethnicity |
|---|---|---|---|---|---|---|
| YES | ███ | 25 | | MALE | BLACK OR AFRICAN AMERI | NOT HISPANIC OR LATINO |

| Skin Tone | Height | Weight | Hair Color | Eye Color | Build | Marital Status |
|---|---|---|---|---|---|---|
| MEDIUM | 6' 02" | 225 LBS | BLACK | BROWN | HEAVY | SINGLE |

**Scars/Marks/Tattoos (select up to 10)**

| Address | City | State | Zip Code |
|---|---|---|---|
| ███ | CHICAGO | IL | 60619 |

| Place of Birth | Resident Status | Other Contact Information |
|---|---|---|
| US - UNITED STATES | RESIDENT | |

| Home/Cell Phone # | SSN | Drivers License Number | License State |
|---|---|---|---|
| | | ███ | IL |

| ISP ticket # | FBI # | BOI/SID # | LEADS # | NCIC # |
|---|---|---|---|---|
| | | | | |

| Employer or School | Occupation |
|---|---|
| | |

| Address | City | State | Zip Code | Work Phone # |
|---|---|---|---|---|
| | | | | |

| Type of Injury (up to 5) | Address where treatment given |
|---|---|
| | |

## OFFENDER INFORMATION

| Offender Arrested? | Type of Arrest | Arrest Date | Arrest Time | Bond | Bond Amount |
|---|---|---|---|---|---|
| YES | ON-VIEW ARREST | 04/25/2022 | 2:17 AM | NO BOND | |

| Miranda? | Miranda By | Miranda Date | Miranda Time | Fingerprinted |
|---|---|---|---|---|
| | | | | YES |

| Court Date | Where Held | Juvenile Arrestee Disposition |
|---|---|---|
| | CHICAGO POLICE DEPARTMENT 012TH DISTRICT | |

| Arrestee Armed? | Arrestee Armed With (up to 2) |
|---|---|
| ✓ | RIFLE |

| 3 Calls Given? | If Calls Not Given, Reason Why. |
|---|---|
| | |

| Calls Refused? | If Calls Were Refused, Reason Why. |
|---|---|
| | |

## OFFENSE 1

| Ordinance | Code Section | Charges/Offense | Attempted or Completed |
|---|---|---|---|
| State | 625-5/11-204.1(a)(1) | AGGRAVATED FLEEING AND ELUDING POLICE OFFICER - EXCEEDING 21 MPH OVER LIMIT | COMPLETED |

| UCR Offense | Offender Suspected Of Using (up to 3) |
|---|---|
| ALL OTHER OFFENSES - 90Z | NOT APPLICABLE |

| Gang Related | Gang Name | Gang Information (up to 2) |
|---|---|---|
| | | |

| Type Of Criminal Activity (up to 3) | Type Of Weapon/Force Involved (up to 3) |
|---|---|
| | |

| Method Of Entry | Number Of Premises Entered | Exceptionally Cleared | Date Cleared Exceptionally |
|---|---|---|---|
| Force / No Force | | NOT APPLICABLE | |

## OFFENSE 2

| Ordinance | Code Section | Charges/Offense | Attempted or Completed |
|---|---|---|---|
| State | 720-5/31-1(a) | RESISTING OR OBSTRUCTING A POLICE OFFICER | COMPLETED |

| UCR Offense | Offender Suspected Of Using (up to 3) |
|---|---|
| ALL OTHER OFFENSES - 90Z | NOT APPLICABLE |

| Gang Related | Gang Name | Gang Information (up to 2) |
|---|---|---|
| | | |

| Type Of Criminal Activity (up to 3) | Type Of Weapon/Force Involved (up to 3) |
|---|---|
| | |

| Method Of Entry | Number Of Premises Entered | Exceptionally Cleared | Date Cleared Exceptionally |
|---|---|---|---|
| Force / No Force | | NOT APPLICABLE | |

## PERSON 2

| Type of Person | Caution |
|---|---|
| DEFENDANT | Yes |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| CLAY | ALEN | | |

| Alias(es) | Business/Organization |
|---|---|
| | |

| DOB Known? | Date of Birth | Age or Lower Age Range | Upper Age Range | Gender | Race | Ethnicity |
|---|---|---|---|---|---|---|
| YES | | 20 | | MALE | BLACK OR AFRICAN AMERI | NOT HISPANIC OR LATINO |

| Skin Tone | Height | Weight | Hair Color | Eye Color | Build | Marital Status |
|---|---|---|---|---|---|---|
| MEDIUM | 5' 09" | 170 LBS | BLACK | BROWN | MEDIUM | SINGLE |

Scars/Marks/Tattoos (select up to 10)

| Address | City | State | Zip Code |
|---|---|---|---|
| | WAUKEGAN | IL | 60087 |

| Place of Birth | Resident Status | Other Contact Information |
|---|---|---|
| US - UNITED STATES | RESIDENT | |

| Home/Cell Phone # | SSN | Drivers License Number | License State |
|---|---|---|---|
| | | | IL |

| ISP ticket # | FBI # | BOI/SID # | LEADS # | NCIC # |
|---|---|---|---|---|
| | | | | |

| Employer or School | Occupation |
|---|---|
| | |

| Address | City | State | Zip Code | Work Phone # |
|---|---|---|---|---|
| | | | | |

| Type of Injury (up to 5) | Address where treatment given |
|---|---|
| | |

## OFFENDER INFORMATION

| Offender Arrested? | Type of Arrest | Arrest Date | Arrest Time | Bond | Bond Amount |
|---|---|---|---|---|---|
| YES | ON-VIEW ARREST | 04/25/2022 | 2:17 AM | NO BOND | |

| Miranda? | Miranda By | | | Miranda Date | Miranda Time | Fingerprinted |
|---|---|---|---|---|---|---|
| ☐ | | | | | | YES |

| Court Date | Where Held | Juvenile Arrestee Disposition |
|---|---|---|
| | CHICAGO POLICE DEPARTMENT 012TH DISTRICT | |

| Arrestee Armed? | Arrestee Armed With (up to 2) |
|---|---|
| ☑ | HANDGUN |

| 3 Calls Given? | If Calls Not Given, Reason Why. |
|---|---|
| | |

| Calls Refused? | If Calls Were Refused, Reason Why. |
|---|---|
| | |

## OFFENSE 3

| Ordinance | Code Section | Charges/Offense | Attempted or Completed |
|---|---|---|---|
| State | 720-5/31-1(a) | RESISTING OR OBSTRUCTING A POLICE OFFICER | COMPLETED |

| UCR Offense | Offender Suspected Of Using (up to 3) |
|---|---|
| ALL OTHER OFFENSES - 90Z | NOT APPLICABLE |

| Gang Related | Gang Name | Gang Information (up to 2) |
|---|---|---|
| ☐ | | |

| Type Of Criminal Activity (up to 3) | Type Of Weapon/Force Involved (up to 3) |
|---|---|
| | |

| Method Of Entry | | Number Of Premises Entered | Exceptionally Cleared | Date Cleared Exceptionally |
|---|---|---|---|---|
| ☐ Force | ☐ No Force | | NOT APPLICABLE | |

## VEHICLE 1

| Vehicle Year | Make | Model | Style |
|---|---|---|---|
| 2011 | KIA - KIA | OPTIMA | PASSENGER CAR |

| License Plate # | State | License Plate Year | Color(s) |
|---|---|---|---|
| CL24754 | IL | 2022 | WHITE |

| VIN # | Impounded? | Impound Location | Towed? |
|---|---|---|---|
| KNAGN4A76B5046339 | YES | CHICAGO POLICE DEPARTMENT | YES |

| Owner Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| | | | |

| Street | | State |
|---|---|---|
| | | IL |

| City | Zip Code | Phone Number | Vehicle Tied to Person(s) |
|---|---|---|---|
| | | | 001 |

## NARRATIVE

The purpose of this report is to document a Pursuit for Aggravated Vehicular Hijacking, to document the arrest of Naronn L Cain (M/B, DOB: ) for Aggravated Vehicular Hijacking, Aggravated Fleeing / Eluding X3, Aggravated Unlawful Use of a Weapon, and Resisting / Obstructing a Peace Officer, to document the arrest of Alen Clay (M/B, DOB: ) for Aggravated Vehicular Hijacking and Aggravated Unlawful Use of a Weapon, to document Assist Other Agency (Chicago Police Department) in the Recovery of a Vehicle Taken in an Aggravated Vehicular Hijacking, and to document a Use of Force Encounter, Illinois State Police Field Report F03-22-1243.

Body Worn Camera Incident

On 04/25/2022 at approximately 01:50, the Chicago Police Department recorded an Aggravated Vehicular Hijacking, documented under Chicago Police Department RD JF218975, Event Number 221150098 in the 2600 block of W Division, Chicago, IL in which a white Kia Optima with IL Registration CL24754 was taken at gunpoint (See Below for 5700-A Description of the Hijacking).

> From 5700-A: On 25 Apr 2022 at 0150hrs an armed vehicular hijacking occurred in the 012th District on the 2600 block of W. Division St. Taken was a 2011 white Kia Optima IL plate# CL24754. The victim stated that (2) M/1 offenders brandished a long

gun and a handgun before taking her vehicle.

Chicago Police Department Anti-Carjacking Unit 5700-A broadcast on Illinois State Police Emergency Radio Network (ISPERN) the white Kia hitting the Chicago Police Department Automated License Plate Reader (ALPR) System on I-290 E/B from Racine at 01:57.

I, Tpr E David #6329, entered the IL Registration CL24754 into the Illinois State Police LEARN ALPR System (See attachment for LEARN ALPR Report).

At approximately 02:12, the LEARN ALPR System alerted on the IL Registration CL24754 on I-94 S/B Local Lanes at 39th Street.

I was in the area of 43rd Street over I-94 when the ALPR Alert hit.

I entered I-94 S/B Local Lanes from 43rd Street and observed the white Kia in the distance.

I observed the white Kia exit I-94 S/B at 55th Street and proceed S/B on Wells. I observed the white Kia trailing a dark gray Infiniti Q50, later identified to have IL Registration CM41997.

The white Kia turned W/B, entering a E/W alley just south of 55th Street before turning south into the N/S alley just east of Wells.

The white Kia then exited the alley onto 57th Street, turning E/B.

The white Kia then turned S/B onto Wells.

The white Kia traveled S/B onto Wells before entering I-94 S/B from 59th Street.

The white Kia entered I-94 S/B and accelerated to a high rate of speed, still trailing the gray Infiniti.

The white Kia continued S/B on I-94 from 71st Street as the gray Infiniti exited I-94 S/B at 71st Street.

Tpr W Myles #6536 was stationary on the Entrance Ramp to I-94 S/B from 71st Street.

Shortly after I passed Tpr W Myles #6536, I activated my emergency lights and sirens and initiated for Pursuit for Aggravated Vehicular Hijacking, just occurred.

The white Kia fled S/B on I-94 from 75th Street at a high rate of speed, in excess of **120 MPH** in a **55 MPH** Zone.

The white Kia took the Exit Ramp to 83rd Street and merged onto Lafayette S/B.

The white Kia continued S/B on Lafayette at speeds in excess of **70 MPH** in a **55 MPH** Zone.

The white Kia attempted to turn E/B onto 87th Street, but lost control, as it veered off the roadway to the right, crashing into the concrete median wall (Chicago Police Department RD# JF219034).

The white Kia came to a stop, facing NW in the E/B lanes of 87th Street.

I observed the driver, later identified as CAIN, exit the driver's seat, and the front seat passenger, later identified as CLAY, exit the front passenger door,

Tpr W Myles #6536 arrived on scene as both CAIN and CLAY exited the white Kia and fled on foot, running E/B on 87th Street.

I, along with Tpr W Myles #6536, pursued after CAIN and CLAY on foot.

CAIN and CLAY ran into the BP Gas Station® on the south east corner of 87th Street and State Street.

Assisting Chicago Police Officers Williams #18092 and Sirhan #17075 (Beat 0634) arrived on scene at the BP Gas

Station® and assisted in the foot pursuit.

Tpr W Myles #6536 deployed his Taser CEW on CAIN (See Supplemental Report for Use of Force Documentation). Tpr W Myles #6536 took CAIN into custody.

As I closed the distance to CLAY, CLAY stopped running and raised his arms above his head. CLAY then laid down on his stomach, placing his hands behind his back.

As I reached CLAY, I again told him to keep his hands behind his back. CLAY remained in compliance.

I handcuffed CLAY behind his back, checked for fit and double locked.

With both CAIN and CLAY in custody, along with the white Kia, I advised ISPERN the scene was secured and to clear ISPERN.

I notified District Chicago Operations Commander W Montgomery #5750 of the Taser CEW Deployment.

Tpr C Woods #7089 arrived on scene to assist and requested an Ambulance for CAIN.

Chicago Fire Department Ambulance #24 arrived on scene and examined both CAIN and CLAY. CAIN and CLAY signed medical refusals with Ambulance #24.

AM/Sgt M Renderman #6089 arrived on scene.

Tpr R Howe #6697 along with Tpr M Kavanagh #7213 arrived on scene along with Tpr J Knaperek #6588 and Tpr A Nino #7211.

AM/Sgt M Renderman #6089 contacted Chicago Police Department Detectives who advised to transported CAIN and CLAY to Chicago Police Department 012th District.

I returned to the white Kia and saw a handgun with an extended magazine in plain-view on the front passenger floorboard. In the rear of the white Kia, I observed, in plain-view, a short-barreled rifle.

Tpr M Kavanagh #7213 transported CLAY to Chicago Police Department 012th District.

Tpr W Myles #6536 transported CAIN to Chicago Police Department 012th District.

At Chicago Police Department 012th District, custody of CAIN and CLAY was turned over to Chicago Police Department Officers.

It was later learned that CAIN was positively identified as one of the hijackers.

The incident was recorded on my Body-Worn Camera.

The IN-CAR DVD System in utility C-507 which I was patrolling in internally failed. District Chicago Operations Commander M/Sgt Schauf #6168 and my immediate supervisor AM/Sgt M Renderman #6089 were notified of the System Failure at the beginning of my shift, documented by memorandum sent at 21:09 on 04/24/2022.

| OFFICER | | | | | |
|---|---|---|---|---|---|
| Officer Name<br>**E DAVID** | Officer ID<br>**6329** | Assisting Officer Name(s)<br>**W MYLES** | | Assisting Officer ID(s)<br>**6536** | |
| Date report completed<br>**04/25/2022** | Accept Date<br>**05/05/2022** | Supervisor<br>**M RENDERMAN** | | Officer ID<br>**6089** | |
| Video Taken:<br>Yes | | Video Number: | Evidence Seizure:<br>**YES** | Photos:<br>**YES** | |
| Case Status<br>**REFERRED TO RESPONSIBLE JURISDICTION** | | | Copies To:<br>**N/A** | | |

Investigating Officer (Signature)

*[signature] 6329*

| ATTACHMENT |
|---|
| Description<br>LEARN ALPR Report |