**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                   Case No.: 1:22−cr−00333
                                                     Honorable John Robert Blakey

Allen Clay, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

    MINUTE entry before the Honorable John Robert Blakey: Sentencing hearing held on 6/17/2025 as to Defendant Allen Clay (1). Defendant present in court in custody with the assistance of defense counsel. The motion by USA for forfeiture [100] is granted. Enter Preliminary Order of Forfeiture. Enter Judgment and Commitment Order. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.